Argued January 9, affirmed January 30, 1963

## MITCHELL *v.* CASWELL
377 P. 2d 911

*Richard C. Helgeson,* Portland, argued the cause for appellant. With him on the briefs were King, Miller, Anderson, Nash & Yerke, Fredric A. Yerke, Jr., and Jean P. Lowman, Portland.

*Harry A. Harris,* Oregon City, argued the cause for respondent. With him on the brief was Stanley J. Mitchell, Oregon City.

Before McAllister, Chief Justice, and Rossman, Sloan, Denecke and Lusk, Justices.

PER CURIAM.

In this case plaintiff alleged that defendant was indebted to plaintiff's assignors for logging equipment

furnished to defendant by plaintiff's assignors. Defendant denied the indebtedness and claimed he was engaged with the alleged creditor in a joint venture. The case was tried to the court without a jury. The trial court found for plaintiff. Defendant appeals.

The evidence clearly supports the trial court's finding that a joint venture had not existed. There is nothing further for us to decide. This appeal is without merit. Affirmed.